# Morgan Lewis

**Timothy J. Stephens**
Partner
+1.212.309.6805
timothy.stephens@morganlewis.com

March 3, 2026

**VIA ECF**

Honorable Jeannette A. Vargas
United States District Judge
United States Courthouse
500 Pearl Street, Room 703
New York, New York 10007

Re:   *Marsh & McLennan Agency, LLC v. Alliant Insurance Services, Inc., et al.*,
      Case No. 1:25-cv-01260-JAV; Post-Fact Discovery Joint Status Letter

Dear Judge Vargas:

In accordance with Rule 8(D) of Your Honor's Individual Rules and Practices in Civil Cases and the Court's February 3, 2026 Civil Case Management Plan and Scheduling Order (ECF No. 67), the parties jointly submit this post-fact discovery status letter.

During fact discovery, Defendants Travis Davis, Keegan Richardson, Susan Coetzee, Raiza Robles, and Amanda Gunn produced 1,819 pages of documents, with their last production occurring on January 28, 2026. Non-party Alliant Insurance Services, Inc. ("Alliant") produced 6,935 pages of documents, with its last production occurring on January 28, 2026. Plaintiff Marsh & McLennan Agency, LLC ("MMA") produced 2,556 pages of documents, with its last production occurring on February 20, 2026. MMA took the depositions of the five individual defendants, as well as two non-party witnesses employed by Alliant. Defendants took the depositions of four MMA witnesses and a Rule 30(b)(6) witness.

On February 23, 2026, following the deposition of MMA's Rule 30(b)(6) witness, Defendants filed a letter-motion requesting that the Court compel MMA to produce two financial reports discussed at the deposition. ECF 70. To allow for the production of those documents, Defendants also requested that the fact discovery period be extended to March 9, 2026. *Id.* at 3. At the deposition, Defendants also reserved their right to ask MMA's Rule 30(b)(6) witness about the reports after production. MMA filed a letter response in

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060    ☎ +1.212.309.6000
United States               📠 +1.212.309.6001

Honorable Jeannette A. Vargas
March 3, 2026
Page 2

opposition on February 26, 2026, disputing that the requested materials were within the scope of Defendants' discovery requests and stating that certain of the requested documents do not exist. ECF 72.

      Pursuant to Rule 8(C) of Your Honor's Individual Rules and Practices, counsel for the parties participated in an hour-long settlement discussion on March 2, 2026. The parties did not reach a settlement. All parties do not consent to mediation or a settlement conference before a Magistrate Judge.

      Finally, the parties do intend to conduct expert discovery. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Timothy J. Stephens*


cc:    All Counsel of Record (via ECF)