

EPSTEIN
BECKER
GREEN

Attorneys at Law

David W. Garland
t 212.351.4708
f 212.878.8600
DGarland@ebglaw.com

June 18, 2026

**VIA ECF**

Honorable Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

> Re: ***Marsh & McLennan Agency, LLC v. Alliant Insurance Services, Inc., Travis Davis, Keegan Richardson, Susan Coetzee, Raiza Robles, and Amanda Gunn***
> **Civil Action No. 25-cv-01260 (JAV)**
> **Post-Expert Discovery Joint Status Letter**

Dear Judge Vargas:

In accordance with Rule 8(E) of Your Honor's Individual Rules and Practices in Civil Cases and the Court's May 5, 2026 Revised Civil Case Management Plan and Scheduling Order (ECF No. 76), the parties jointly submit this post-expert discovery status letter.

Following fact discovery, the parties exchanged expert witness reports, and each conducted a deposition of the other side's expert witness.

Both Plaintiff and Defendants anticipate filing respective dispositive motions. The parties propose the following briefing schedule:

- Dispositive motions to be filed by August 10, 2026,

- Opposition papers to be filed by September 15, 2026, and

- Reply papers to be filed by October 16, 2026.

Neither Plaintiff nor Defendants anticipate filing motions to exclude testimony of experts pursuant to Federal Rules of Evidence 702-705 and the *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) line of cases.

We thank you for your attention to this matter and consideration of this request.

Respectfully submitted,

By:    _s/ David W Garland_
       David W. Garland, Esq.
       David J. Clark, Esq.
       EPSTEIN BECKER & GREEN, P.C.
       875 Third Avenue
       New York, New York 10022
       (212) 351-4500
       *Attorneys for Plaintiff*
       *Marsh & McLennan Agency, LLC*

cc: All counsel of record via ECF