EPSTEIN
BECKER
GREEN

Attorneys at Law

David J. Clark
t 212.351.3772
f 212.878.8600
DClark@ebglaw.com

July 29, 2026

**VIA ECF**

Honorable Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

MEMO ENDORSED

**Re:** ***Marsh & McLennan Agency, LLC v. Alliant Insurance Services, Inc., Travis Davis, Keegan Richardson, Susan Coetzee, Raiza Robles, and Amanda Gunn***
**Civil Action No. 25-cv-01260 (JAV)**
**Joint Letter-Motion to Adjourn Summary Judgment Briefing Schedule**

Dear Judge Vargas:

In accordance with Rule 3(E) of Your Honor's Individual Rules and Practices in Civil Cases, the parties jointly request a modification to the Court's Order of June 22, 2026 (ECF No. 78), to adjourn the current schedule for summary judgment motion briefing by approximately 30 days. The current summary judgment motion briefing schedule is as follows:

- Dispositive motions to be filed by August 10, 2026,
- Opposition papers to be filed by September 15, 2026, and
- Reply papers to be filed by October 16, 2026.

The new summary judgment motion briefing schedule that the parties are requesting is:

- Dispositive motions to be filed by September 10, 2026,
- Opposition papers to be filed by October 16, 2026, and
- Reply papers to be filed by November 16, 2026.

This is the first time that the parties are requesting that the summary judgment motion briefing schedule be modified. The parties have completed fact discovery and expert discovery in

this action. Neither Plaintiff nor Defendants anticipate filing motions to exclude testimony of experts pursuant to Federal Rules of Evidence 702-705 and the *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) line of cases.

The reasons for the extension request are that unforeseen conflicts have arisen, including with respect to a death in my family last week, coupled with various summer vacation schedules. Counsel for Defendants consents and joins in this letter-motion for the extension.

There is no case management conference or other appearance currently scheduled.

We thank you for your attention to this matter and consideration of this request.

Respectfully submitted,

By: *s/ David J. Clark*__________
David W. Garland, Esq.
David J. Clark, Esq.
EPSTEIN BECKER & GREEN, P.C.
875 Third Avenue
New York, New York 10022
(212) 351-4500
*Attorneys for Plaintiff*
*Marsh & McLennan Agency, LLC*

cc: All counsel of record via ECF

**SO ORDERED:**

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge
Dated: July 29, 2026